JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RETZ, ) | NO. EDCV 08-01028 SS |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

IT IS ADJUDGED that the decision of the Commissioner is REVERSED and REMANDED for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: July 14, 2009.                                         /S/

_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE